UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

MARTIN ROGERS,

        Plaintiff,
v.

CITY OF BOCA RATON, CITY OF BOCA
RATON POLICE DEPARTMENT; and
JARED BRUGGEMAN

        Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, the City of Boca Raton (the "City"), the City of Boca Raton Police Department (the "Police Department") and Jared Bruggeman ("Officer Bruggeman") (collectively, the "Defendants"), Defendants in this civil action, hereby remove this action from the Fifteenth Judicial Circuit in and for Palm Beach County to the United States District Court for the Southern District of Florida. Removal is based on federal question jurisdiction because a federal question appears on the face of the initial pleading served by Plaintiff, Martin Rogers on the Defendants. In support of this notice of removal, the defendants state as follows:

1. The Defendants are named as defendants in a civil action originally filed in the Fifteenth Judicial Circuit in and for Palm Beach County, Case No. 502019CA000942XXXXMB(AE) (the "Amended Complaint"). This state court is located within the Southern District of Florida.

2. On February 13, 2019, Plaintiff served the City; on February 12, 2019, Plaintiff served the Police Department, and on February 12, 2019, the Plaintiff served Officer Bruggeman

with a copy of the Amended Complaint.[1]  Thus, removal is timely pursuant to 28 U.S.C. § 1446(b).

3. A copy of the Amended Complaint and all process served on Defendants in this case are attached hereto as Composite Exhibit 1, pursuant to 28 U.S.C. § 1446(a).  Defendants have not been served with any orders in this action, and other than the Amended Complaint, no other pleadings were served upon Defendants.

4. All Defendants and represented by undersigned counsel, and all Defendants hereby consent to removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(A), as represented herein and signed by counsel representing the Defendants.  *See Mitsui Lines Ltd. v. CSX Intermodal Inc.*, 564 F. Supp. 2d 1357, 1360-1361 (S.D. Fla. 2008) (explaining "there must be some timely filed written indication from each served defendant, or from some person or entity purporting to formally act on its behalf in this respect and to have authority to do so, that it has actually consented to such action.") (quoting *Getty Oil Corp. v. Insurance Co. of N.A.,* 841 F.2d 1254, 1262 n.11 (5th Cir. 1988)).

## BASIS FOR JURISDICTION

5. Pursuant to 28 U.S.C. § 1331, this Court has original federal question jurisdiction over the Amended Complaint in that the Plaintiff has asserted (in Count II) a "Fourth Amendment claim … under 42 U.S.C. § 1983, for unlawful search and seizure."  *See* Amended Complaint, pp. 8-9.

6. This Court has supplemental jurisdiction over the remaining claim ("False Imprisonment," Count I) pursuant to 28 U.S.C. §§ 1367, 1341.

---

[1] The referenced dates are the first instances of service on any of the Defendants.  The (original) Complaint was not served on any of the Defendants.

## PROCEDURAL MATTERS

7. The City has tendered the filing fee of $400 to the Clerk of Court along with the original of this Notice of Removal.

8. Venue is proper under 28 U.S.C. §1441(a) because the state court where the suit is pending is located in the Southern District of Florida.

9. A copy of the Notice of Removal is being contemporaneously filed with the Fifteenth Judicial Circuit in and for Palm Beach County Court, pursuant to 28 U.S.C. § 1446(d), and the Defendants are otherwise notifying the adverse party of the removal via service of this Notice.

**WHEREFORE**, the Defendants remove this action, now pending in the Fifteenth Judicial Circuit in and for Palm Beach County, to this Court, and respectfully request this Court to assume jurisdiction over this matter.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

> WEISS SEROTA HELFMAN
> COLE & BIERMAN, P.L.
> *Counsel for Defendant City of Boca Raton*
> 200 E. Broward Blvd., Suite 1900
> Fort Lauderdale, FL 33301
> Telephone: (954) 763-4242

Telecopier: (954) 764-7770

By: */s/ Daniel L. Abbott*
DANIEL L. ABBOTT
Florida Bar No. 767115
dabbott@wsh-law.com (primary email)
pgrotto@wsh-law.com (secondary email)

## SERVICE LIST

| | |
|---|---|
| Christopher Haddad, Esq. | Daniel L. Abbott, Esq. |
| Law Office of Christopher A. Haddad | WEISS SEROTA HELFMAN |
| 7301 S. Dixie Highway, Unit B | COLE & BIERMAN, P.L. |
| West Palm Beach, Florida 33405 | 200 E. Broward Blvd., Suite 1900 |
| Telephone: (561) 832-1126 | Fort Lauderdale, FL 33301 |
| chris@chrishaddad.com | Telephone: (954) 763-4242 |
| pat@chrishaddad.com | dabbott@wsh-law.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |